IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PAUL DAVID BAUGH JR., DAVID )
DUDLEY, CARL SKIPPER, JAMES VELA )
and JAMES ANTHONY WOODS, )
)
**Plaintiffs,** )
) CASE NO. 1:22-cv-00180-TBM-RPM
v. )
)
AUSTAL USA, LLC and JOHN DOES 1-10, )
)
**Defendants.** )

## AGREED ORDER

In response to the Plaintiff's Complaint (Doc. 1), Defendant Austal USA, LLC ("Austal") filed a "Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or, Alternatively, Unopposed Motion to Transfer Venue" (Doc. 6). The parties agree that venue for this lawsuit should properly be exercised in the Southern District of Alabama, and that transfer of the case is appropriate pursuant to 28 U.S.C. § 1406(a).

The Court makes no ruling or finding of fact as to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue. However, the Unopposed Motion to Transfer Venue is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Clerk shall take appropriate steps to transfer the matter to the United States District Court for the Southern District of Alabama (Southern Division), following which the matter should be closed on this Court's Docket.[1]

---

[1] In light of the Court's decision to transfer, it is unnecessary to address the jurisdictional or other arguments raised in the Defendant's Motion.

**SO ORDERED, ADJUDGED AND DECREED** this the 17th of August, 2022.

_____
Taylor B. McNeel
United States District Judge

Counsel for the Defendant
Austal USA, LLC

*s/ John P. Kavanagh, Jr.*
John P. Kavanagh, Jr. (MSB No. 9499)
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Post Office Box 2287
Mobile, Alabama 36652
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
Email: jkavanagh@burr.com

Counsel for the Plaintiffs

*s/ Stephen W. Dummer*
Stephen W. Dummer (MSB No. 102341)
DUMMER LAW GROUP, PLLC
796 Howard Avenue, First Floor
Biloxi, Mississippi 39530
(228) 392-2003 (phone)
(228) 392-2003 (p)
(228) 284-1855 (f)
sdummer@dlg-pllc.com